1014

No. 70–5056. St. Clair *v.* Selective Service Local Board No. 35, Brooklyn, New York, et al. C. A. 2d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Fein* v. *Selective Service System, ante,* p. 365. Mr. Justice Powell and Mr. Justice Rehnquist took no part in the consideration or decision of this case.

No. 71–316. Blatt *v.* Local Board No. 116, Fredericksburg City Selective Service System, et al. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fein* v. *Selective Service System, ante,* p. 365. Mr. Justice Powell and Mr. Justice Rehnquist took no part in the consideration or decision of this case.

No. 71–448. Morgan *v.* Melchar et al. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fein* v. *Selective Service System, ante,* p. 365. Mr. Justice Powell and Mr. Justice Rehnquist took no part in the consideration or decision of this case.

No. A–986. Washington State Labor Council, AFL–CIO *v.* Jertberg et al. D. C. W. D. Wash. Application for temporary stay presented to Mr. Justice Douglas, and by him referred to the Court, denied.

No. 40, Orig. Pennsylvania *v.* New York et al. Motion of State of Pennsylvania for additional time for oral argument granted and a total of 45 minutes allotted to each side for oral argument, the time to be allocated by the parties. [For earlier orders herein, see, *e. g.,* 404 U. S. 988.]